# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1065

CA 12-02032

PRESENT: SCUDDER, P.J., SMITH, FAHEY, SCONIERS, AND VALENTINO, JJ.

---

KIMBERLY L. ACKMAN, PLAINTIFF-APPELLANT,

V                                                        ORDER

DOUGLAS C. GROSS, DEFENDANT-RESPONDENT.

------------------------------------------------

DOUGLAS C. GROSS, THIRD-PARTY PLAINTIFF,

V

MARK HABERER, THIRD-PARTY DEFENDANT-RESPONDENT.

---

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOHN A. COLLINS OF COUNSEL), FOR PLAINTIFF-APPELLANT.

BOUVIER PARTNERSHIP, LLP, BUFFALO (NORMAN E.S. GREENE OF COUNSEL), FOR DEFENDANT-RESPONDENT AND THIRD-PARTY PLAINTIFF.

HAGELIN KENT LLC, BUFFALO (VICTOR M. WRIGHT OF COUNSEL), FOR THIRD-PARTY DEFENDANT-RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, A.J.), entered January 17, 2012. The judgment awarded plaintiff money damages against defendant-third-party plaintiff upon a jury verdict.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.

Entered: November 15, 2013                    Frances E. Cafarell
                                              Clerk of the Court